# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN R. TIMMONS, SR.,**  *Plaintiff*,  v.  **CHUBB LTD.,** *et al.*  *Defendants*. | Case No. 2:19-cv-05478-JDW |

## ORDER

AND NOW, this 1st day of December, 2021, upon consideration of Defendants' Motion For Summary Judgment Pursuant To Fed. R. Civ. P. 56 (ECF No. 33), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**. **JUDGMENT** is **ENTERED** in favor of Defendants Ace American Insurance Company, Chubb Group, Chubb Limited and against Plaintiff John R. Timmons, Sr.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**